KYLE SCHUMACHER (BAR #282427)
kyle@schumacherlane.com
**SCHUMACHER LANE PLLC**
PO Box 558
Spring Branch, TX. 78070
503-482-8137 ph
210-783-1383 fax

Attorneys for Plaintiff
Kathleen Vargas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Kathleen Vargas, <br><br> Plaintiff, <br><br> v. <br><br> Experian Information Solutions, Inc.; American Express National Bank; Capital One Bank (USA), National Association; JPMorgan Chase Bank, National Association; and DOES 1 through 100 inclusive, <br><br> Defendant. | CASE NO. 5:21-cv-01729-JWH-SP <br><br> PLAINTIFF'S VOLUNTARY DISMISSAL OF DOES 1 THROUGH 100 INCLUSIVE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**NOTICE OF DISMISSAL**

Kathleen Vargas, the Plaintiff herein, hereby dismisses DOES 1 through 100 inclusive, pursuant to FRCP 41(a)(1)(A)(i).

Respectfully submitted,

**SCHUMACHER LANE PLLC**

Dated:  November 5, 2022        By:    */s/ Kyle W. Schumacher*_____
                                        Kyle W. Schumacher
                                        Attorney for Plaintiff

PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT ONEUNITED BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

-1-